STUART v. CECIL

No. 84P97

Case below: 125 N.C.App. 215

Motion by plaintiffs (Stuart, et al) to dismiss petition for discretionary review denied 10 April 1997. Petition by defendant (General Motors Corporation) for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Justice Webb recused.

TATARAGASI v. TATARAGASI

No. 514P96

Case below: 124 N.C.App. 255

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 10 April 1997.

TIERNEY v. GARRARD

No. 496PA96

Case below: 124 N.C.App. 415

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 10 April 1997.

TREASURER OF STATE OF CONN. v. HOWARD

No. 4P97

Case below: 124 N.C.App. 673

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

WARREN v. JACKSON

No. 67P97

Case below: 125 N.C.App. 96

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.